**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_Panama City_ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

_Carl Dwayne Morgan_ ,

Inmate # _A-129456_ .

(Enter full name of Plaintiff)

VS.

CASE NO: _5:10cv82RH-MD_

(To be assigned by Clerk)

_Bay County Jail (c/o Holland)_ ,

_Bay County Sheriff's Office (Frank McKeithen)_

~~Gerald Holland~~ ,

_State of FLORIDA_ ,

_____ .

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

**I.    PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:    Carl Dwayne Morgan

Inmate Number    A-129456

Prison or Jail:    Century Corr. Inst.

Mailing address:    B 2138 single
400 Tedder Road
Century, FL 32535

**II.    DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)    Defendant's name:    Frank McKeithen
Official position:    Sheriff
Employed at:    Bay County Sheriff's Office
Mailing address:    4700 HWY 79
Panama City, FL 32405

(2)    Defendant's name:    Bay County Jail (% Holland)
Official position:    Correction Officer
Employed at:    Bay Co. Jail
Mailing address:    5700 Star Ln
Panama City, FL 32405

(3)    Defendant's name:    State of FLORIDA
Official position:    N/A
Employed at:    N/A
Mailing address:
Tallahassee, FL 32399

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

### III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(✗)                    No( )

1.   Parties to previous action:
(a)   Plaintiff(s): ~~Correctional Corporation~~ Corl Morgan
(b)   Defendant(s): Unaned Respondent

2.   Name of judge: _____    Case #: 5:08 cv 333/RS/MD

3.   County and judicial circuit: U.S. District Ct

4.   Approximate filing date: 12/07

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____
_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✗)                    No( )

1.   Parties to previous action:
a.   Plaintiff(s): Carl Morgan
b.   Defendant(s): State of FLORIDA

2.   District and judicial division: U.S. District Ct

3.   Name of judge: _____    Case #: 5:08 cv 94/RS/EMT

4.   Approximate filing date: 12/07

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

3

7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.    Have you initiated other actions (*besides those listed above in Questions (A) and
(B)*) in **either state or federal court** that relate to the fact or manner of your
incarceration (including habeas corpus petitions) or the conditions of your
confinement (including civil rights complaints about any aspect of prison life,
whether it be general circumstances or a particular episode, and whether it involved
excessive force or some other wrong)?

Yes(X)                          No( )

If YES, describe each action in the space provided below.  If more than one action, describe
all additional cases on a separate piece of paper, using the same format as below.

1.    Parties to previous action:
      a.    Plaintiff(s): _Carl Morgan_____
      b.    Defendant(s): _Robert Sale_____
2.    District and judicial division: _U.S. District Ct_____
3.    Name of judge: _____    Case #: _5:08cv 334/RS/EMT_
4.    Approximate filing date: _12/07_____
5.    If not still pending, date of dismissal: _____
6.    Reason for dismissal: _____
7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.    Have you ever had any actions in **federal court** dismissed as frivolous, malicious,
failing to state a claim, or prior to service?  If so, identify each and every case so
dismissed:

Yes(X)                          No( )

1.    Parties to previous action:
      a.    Plaintiff(s): _Carl Morgan_____
      b.    Defendant(s): _Correction Corp. of America_____
2.    District and judicial division: _U.S. District Ct_____
3.    Name of judge: _____    Case Docket # _5:08 cv 169/RS/AK_
4.    Approximate filing date: _12/07_____  Dismissal date: _____
5.    Reason for dismissal: _____

4

6.     Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.     STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On 13 January 2010, I, Carl Morgan, was is the Bay County Jail awaiting transport to FL D.O.C. when I notified C/o Holland of a possible problem with another inmate that was just housed in Atlantis 3. I/m Bostick had a restraining order out against me in regards to a previous charge, cs# 07-1225, to which I was charged for allegedly molesting his daughter, Britney Kennedy (15) that I plead to simple battery, however court records still reflect L/L Molestation < 16, due to inconsistancies found in witness and victim statements. C/o Holland informed me that he was going to notify the shift Lt. to this matter. Nothing was done by the Bay County Sheriff's Office Correctional Staff until 15 January 2010. Cpl Burris pulled me into the hallway and questioned me concerning an alleged conspiracy to harm I/m Bostick. During the investigation I assured Cpl Burris that I knew nothing about this and further relayed the same information to which I told C/o Holland two days prior. After which Cpl Burris returned me to Atlantis 3. A few hours after shift change the doors were opened so the facility could run medication line. I entered my cell, number 1: door 687, to retreive my water bottle and use the restroom when I was physically attacked from behind by three (3) inmates: Ausherman, Santos, and Hagans. During the assault I noticed another inmate stealing my canteen from my property box and heard him state, "That is what you get

5

for messing with little girls you F**king Child Molester! Kick his ass some more." When the physical assault was over I attempted to clean myself up and proceeded to get some asprin from the officer's station. C/o Webb noticed I was recently attacked and refused to allow me back into Atlantis 3 and sent me to Protective Custody. Had C/o Holland acted in his professional capacity after telling him of the possible problem on 13 January 2010 I would not had been assaulted by the three (3) foremeantioned inmates, whom were friends of I/m Bostick, and my injuries would had been avoided. (Photos were taken of my injuries).

On 13 April 2010, another I/m from Atlantis 3 approached me while at Century Correctional Institute and informed me that, "There was a hit put out by someone in Atlantis 3." I/m Owens is willing to testify at a hearing concerning the knowledge of the hit put upon me and the three (3) I/m's to which attacked me on 15 January 2010.

In regards to State of FLORIDA litigation in this cause: If they would not have arrested and sentenced me to the charge of "Failure To Comply Sex Offender Registration", a law that has been proven unconstitutional, using various rationale, across America against S.O.R.NA and F.S. 943.0435 none of this would had occured.

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

Pain and Suffering $50,000$^{00}$; Mental and Physical Anguish $125,000$^{00}$; Release from current incarceration; removal of name from FDLE registration requirements; and seal/expunge my record

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

14 April 2010
(Date)

Carl Morgan
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on: the _15_^th^ day of _April_ , 20_10_ .

Carl Morgan
(Signature of Plaintiff)

Revised 03/07

7