**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CARL DWAYNE MORGAN,

       Plaintiff,

v.                                        CASE NO.  5:10cv82-RH/MD

BAY COUNTY JAIL et al.,

       Defendants.

_____/

## <u>ORDER GRANTING LEAVE TO AMEND THE COMPLAINT</u>

This case is before the court on the magistrate judge's report and recommendation (document 5).  The recommendation is for the dismissal of the complaint with prejudice and the denial of the plaintiff's motion for the appointment of an attorney.  No objections have been filed.  I accept the recommendation in part.  I dismiss the complaint but grant leave to amend.  I deny the motion for the appointment of an attorney.

In considering whether to dismiss the complaint, its factual allegations of course must be accepted as true.  The allegations are as follows.

The plaintiff Carl Dwayne Morgan was detained at the Bay County Jail.  On January 13, 2010, he told correctional officer Holland that there was "a possible

problem" with inmate Bostick, who was housed in the same unit. The problem was that Mr. Morgan had been charged with molesting Mr. Bostick's daughter.

On January 15, a different officer learned of a potential risk to Mr. Bostick—not Mr. Morgan—and spoke to Mr. Morgan about it. Mr. Morgan denied any knowledge of a risk to Mr. Bostick, but Mr. Morgan told the officer the same thing he had told officer Holland two days earlier.

Nothing was done to protect Mr. Morgan. Three inmates—Mr. Bostick's friends—assaulted Mr. Morgan. The assault apparently occurred on January 15, soon after Mr. Morgan advised the second officer of the possible problem.

The report and recommendation correctly concludes that the complaint's factual allegations are insufficient to state a claim on which relief can be granted. But it is by no means clear that Mr. Morgan will be unable to allege sufficient facts in an amended complaint. He will be given an opportunity to try.

In determining whether to file an amended complaint, Mr. Morgan should evaluate the cases cited in the report and recommendation, including especially *Farmer v. Brennan*, 511 U.S. 825, 114 S. Ct. 1970, 128 L. Ed. 2d 811 (1994). The case sets out the standards governing a correctional officer's duty to protect an inmate from an assault by another inmate.

For these reasons,

IT IS ORDERED:

1.      The report and recommendation (document 5) is accepted in part.

2.      The complaint is dismissed.

3.      The plaintiff is granted leave to file an amended complaint.  Any

amended complaint must be filed by July 2, 2010.

4.      The clerk must refer the file directly to me—not to the magistrate

judge—upon the filing of an amended complaint or on July 6, 2010.

5.      The plaintiff's motion for the appointment of an attorney (document

3) is DENIED.

SO ORDERED on May 31, 2010.

s/Robert L. Hinkle
United States District Judge